## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN THE INTEREST OF: L.K. AND E.K.,    :  No. 158 MM 2020
MINOR CHILDREN                :
                                    :
                                    :
PETITION OF: D.K., FATHER      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of November, 2020, the "Petition for Allowance of Appeal *Nunc Pro Tunc*," treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is DENIED.